BENJAMIN C. JOHNSON (SBN: 218518)
benjamin.johnson@mgae.com
JOSEPH A. LOPEZ (SBN: 268511)
joseph.lopez@mgae.com
MGA ENTERTAINMENT, INC.
16380 Roscoe Blvd
Van Nuys, CA 91406
Telephone: (818) 894-2525 ext. 6788
Fax: (818) 895-0771

Attorneys for Plaintiffs
MGA Entertainment, Inc. and MGA Entertainment (HK) Ltd.

> The Court thanks the attorneys for their professional resolution of this action.
> MRW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LTD., a Hong Kong limited company<br><br>Plaintiffs,<br><br>vs.<br><br>SPLASH-TOYS SAS, a French company; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:18-cv-10058 MRW<br><br>**[PROPOSED]** ORDER DISMISSING CASE WITHOUT PREJUDICE |

---

1

[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon request of the Plaintiffs and pursuant to Fed. R. Civ. P. 41(a)(2) and this Court's Order re: Case Status of August 20, 2019 (Dkt. # 28) it is hereby ordered that this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 6, 2019

_____
Hon. Michael R. Wilner
U.S. Magistrate Judge